UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD EARLE, SHERE, JR.,

    Petitioner,

v.                                         Case No. 8:00-cv-1996-T-23TGW

JAMES V. CROSBY, JR.,

    Respondent.

_____/

## O R D E R

Shere's "Supplemental Response" (Doc. 30) represents that Shere has recently filed a motion for rehearing in the Florida Supreme Court. Consequently, the response is **GRANTED** to the extent that it can be construed as a motion to stay proceedings. The established deadlines (Doc. 27) are vacated. Counsel shall immediately file a notice when the state proceedings are concluded.

ORDERED in Tampa, Florida, on May 9, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro