UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD EARLE SHERE, JR.,

    Petitioner,

v.                                       Case No.8:00-cv-1996-T-23TGW

JAMES V. CROSBY, JR.,

    Respondent.
                                    /

## O R D E R

Richard Earle Shere, Jr., is a Florida prisoner under sentence of death. Several motions are pending in this case. Having considered the motions and reviewed the file, the court orders:

1. Robert T. Strain's motion to withdraw as attorney (Doc. No. 29) is **GRANTED**.

2. The Secretary of the Florida Department of Corrections' motion for reconsideration (Doc. No. 32) on the issue of staying this case is **DENIED AS MOOT**.

3. Franklyn Louderback (Lauderback) and Patrick D. Doherty's (Doherty) motion to appoint counsel (Doc. No. 33) is **GRANTED**. Pursuant to 18 U.S.C. § 3006A and 21 U.S.C. § 848(q), Louderback is appointed as lead counsel and Doherty is appointed as co-counsel.

Louderback and Doherty shall file an <u>EX PARTE</u> litigation budget pursuant to the <u>Guide to Judiciary Policies and Procedures</u>, Volume 7, Chapter 6, within twenty days of this order.  The budget will be docketed UNDER SEAL.

Robert T. Strain is directed to deliver all records related to this case to Doherty and Louderback within ten days of this order.  Within thirty days of this order, Louderback and Doherty shall either submit an amended petition, submit a document stating that Shere will advance his original petition, or file a motion to dismiss the petition.

If counsel chooses to submit an amended petition, counsel is advised that the court will not accept lengthy petitions that are not filed on the appropriate habeas corpus form.  <u>Buenoano v. Singletary</u>, 74 F.3d 1078, 1082 n.1 (11th Cir. 1996).  If counsel does not submit an amended petition or a motion to dismiss the petition, the court will order the respondent to respond to the original petition and counsel will be required to file a reply to the response.

4. The Secretary of the Florida Department of Corrections' supplemental motion to appoint counsel (Doc. No. 34), seeking a hearing on the issue of appointment of counsel, is **DENIED AS MOOT**.

5. Byron P. Hileman's "Motion To Appoint Private Conflict Counsel" (Doc. No. 36) is **DENIED AS MOOT**.

The stay of this case is **VACATED**.

ORDERED in Tampa, Florida, on June 7, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Frank Louderback and Patrick D. Doherty, Esq.
 Byron P. Hileman, Esq.
 Robert T. Swain
 Kenneth S. Nunnelley, Office of the Attorney General, Daytona Beach, FL